UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS GUTIERREZ-GARCIA,<br><br>　　　　　　　　　Defendant. | Case No. CR20-197 RAJ<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

　　Count 1:　　Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. §§ 841(a)(1) and 846

　　Count 6:　　Possession of Methamphetamine and Fentanyl with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

　　<u>Date of Detention Hearing</u>: On January 5, 2021, the Court held a hearing via a Zoom videoconference, with the consent of Defendant, due to the exigent circumstances as outlined in General Order 18-20. This detention order is without prejudice to renewing once the court has reconstituted in-person hearings.

DETENTION ORDER - 1

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is therefore a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Defendant has stipulated to detention.

3. Upon advice of counsel, Defendant declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

4. Defendant poses a risk of nonappearance because the Court lacks information regarding his personal history. Defendant also has a history of failures to appear.

5. Defendant poses a risk of danger due to the nature of the alleged offense and his pattern of criminal activity.

6. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER - 2

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 6th day of January, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge